E-Filed; JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7969-GHK (SSx) | Date | February 9, 2009 |
|---|---|---|---|
| Title | *Rivas, et al. v. Standard Guaranty Insurance Company, et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U.S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (none) | (none) |

**Proceedings:**   **(In Chambers)  Order Remanding Case for Lack of Subject Matter Jurisdiction**

On December 29, 2008, we ordered Defendants American Security Insurance Company and Standard Guaranty Insurance Company (collectively "Defendants") to show cause within twelve days why the above captioned case should not be remanded for lack of subject matter jurisdiction. On January 15, 2009, we granted the Parties' stipulation, which extended the time to respond to January 30, 2009. The docket reflects that no such response has been timely filed, and that no further extension was timely requested.

Pursuant to our Order to Show Cause, Defendants are hereby **DEEMED** to have admitted that we lack subject matter jurisdiction over this case. Accordingly, this case is **REMANDED** to the state court from whence it was removed.

**IT IS SO ORDERED.**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Deputy Clerk | | Bea | |